## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| OZMO LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>TCL ELECTRONICS HOLDINGS LTD. and TCL INDUSTRIES HOLDINGS CO., LTD.,<br><br>Defendants. | Civil Action No. 6:23-cv-249-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the mailing address and office location of Russell E. Levine and Jake Rambeau, counsel for Defendants TCL Electronics Holdings Ltd. and TCL Industries Holdings Co., Ltd., has changed. The new mailing address is as follows:

Kirkland & Ellis LLP<br>
333 West Wolf Point Plaza<br>
Chicago, IL 60654

All other contact information has remained unchanged.

Dated: April 29, 2024                                    Respectfully submitted,

/s/ *Kat Li*
Russell E. Levine, P.C.
IL State Bar No. 6193834 (admitted in W.D. Tex.)
russell.levine@kirkland.com
Jake Rambeau
IL State Bar No. 6327472 (admitted pro hac vice)
jake.rambeau@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: (312) 862-2000

Kat Li
Texas State Bar No. 24070142
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Tel: (512) 678-9100

Kristina R. Cary
MA BBO No. 688759 (admitted in W.D. Tex.)
kristina.cary@kirkland.com
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116

*Attorneys for Defendants TCL Electronics Holdings Ltd. and TCL Industries Holdings Co., Ltd.*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 29, 2024, counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                              */s/ Kat Li*
                                              Kat Li