# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| OZMO LICENSING LLC,<br><br>　　　Plaintiffs,<br><br>v.<br><br>TCL ELECTRONICS HOLDINGS LTD. and<br>TCL INDUSTRIES HOLDINGS CO., LTD.<br><br>　　　Defendant. | Civil Action No. 6:23-cv-00249-ADA |

## ORDER

On this day came to be considered the parties' Joint Stipulation of Dismissal with Prejudice (the "Joint Stipulation"). The Court, having considered the Joint Stipulation, finds that it has merit and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that all claims, defenses and/or counter claims in the above captioned case be dismissed with prejudice, and all attorneys' fees, costs of court and expense shall be borne by each party incurring the same.

**SIGNED** this 1st day of April, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE